**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| ANR PIPELINE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEW BERLIN;<br>WAUKESHA COUNTY;<br>A PERMANENT EASEMENT TO OPERATE AND MAINTAIN A NATURAL GAS TRANSMISSION LINE ACROSS 6,500 SQUARE FEET OF PROPERTY IN WAUKESHA COUNTY WISCONSIN, KNOWN AS A PORTION OF SOUTH MOORLAND ROAD, THE UNKNOWN HEIRS AND DEVISEES OF NELLIE SCHAEFER, JOSEPH RAUSCH, JR., EDWIN N. RAUSCH, NELLIE RAUSCH, AND HELEN A. RAUSCH, and UNKNOWN PERSONS AND INTERESTED PARTIES<br><br>Defendants. | ) | Civil Action No. 2:26-cv-00986 |

**STIPULATION OF DISMISSAL OF DEFENDANT THE CITY OF NEW BERLIN**

Pursuant to Fed. R. Civ. P. 71.1(i)(1)(B) and 41(a)(1)(A)(ii), Plaintiff ANR Pipeline Company ("ANR"), by and through counsel, and Defendant City of New Berlin (the "City"), hereby stipulate as follows:

1. ANR filed this action on June 2, 2026, against the City and others seeking a declaratory judgment regarding its existing easement rights or, in the alternative, to condemn a permanent easement under the Natural Gas Act, 15 U.S.C. §§ 717-717z.

2. The City was served with the Summons and Complaint on June 9, 2026.

3. Pursuant to Certified Survey Maps 5251 and 10056, the City acquired its interest in the at-issue property across which the easement exists by dedication of the land to use as public roadway in 1987 and 2005 respectively. The Certified Survey Maps expressly acknowledge the existence of ANR's easement and, therefore, the City acknowledged the existence of ANR's easement when it acquired and held its interests.

4. On May 12, 2026, the City transferred its interests in the property across which the easement exists and/or is to be condemned to Waukesha County by Quit Claim Deed.

5. Accordingly, because the City no longer has an interest in the at-issue property, the City is not an interested party with respect to ANR's declaratory judgment claim, nor does the City claim an interest in any just compensation that may be awarded as the result of an alternative condemnation.

6. No judgment has been entered in this matter. ANR and the City agree that the claims asserted in the Complaint against the City may be dismissed.

WHEREFORE, this action may be dismissed without prejudice against the City and will remain pending against all other Defendants.

Dated: August 3, 2026

Respectfully submitted,

*<u>/s/ electronically signed by Joyce C. Williams</u>*
Joyce C. Williams
Wis. State Bar No. 1089923
*Attorney for Plaintiff ANR Pipeline Company, LLC*
REED SMITH LLP
1900 Lawrence Street, Suite 2800
Denver, Colorado 80202
Tel: (303) 552-3800
Email: joyce.williams@reedsmith.com

_/s/electronically signed by Joseph M. Wirth_
Joseph M. Wirth
Wis. State Bar No. 1012080
*Attorneys for the City of New Berlin*
WIRTH+BAYNARD
9898 W. Bluemound Rd., Suite 2
Wauwatosa, WI 53226
Tel: (414) 291-7979
Email: jmw@wbattys.com